45966. CANAL INSURANCE COMPANY v. WILEY.

BELL, Chief Judge. The policy insuring the dump truck contained a provision covering damages "caused . . . by upset of the vehicle." There is no provision limiting or defining the word "upset." There is evidence from which a jury could find that the vehicle was upset and was damaged. A jury issue is also raised as to the extent of the damage. See *Melton v. American Bankers Ins. Co.*, 110 Ga. App. 434 (138 SE2d 681).

The order denying the insurer's motion for summary judgment is

*Affirmed. Pannell and Deen, JJ., concur.*

ARGUED FEBRUARY 1, 1971—DECIDED FEBRUARY 8, 1971.

*Lokey & Bowden, Charles M. Lokey,* for appellant.

*Howard, Howard & Hall, William V. Hall, Jr., Pierre Howard, Jr.,* for appellee.